# EXHIBIT B

**Information regarding your Amazon Account**

Amazon <no-reply-notice-outreach@amazon.com>

收件人：taimeihe16@163.com

时　间: 2024-12-31 14:00:12

附　件:

---

Hello,

We received a report from a rights owner that claims the items at the end of this email infringe their utility patent rights. We consider allegations of intellectual property infringement a serious matter. We have provided the rights owner's contact information below:

-- Red Points
-- lifevac-bp@redpoints.com
-- Patent number: US10052115B2

Please work directly with the rights owner to resolve this dispute. We encourage you to resolve this dispute promptly. Failure to do so may result in removal of your offers or your Amazon.com selling privileges.

ASIN: B0D3T9CPBW
Title: Comprehensive Portable Choking Rescue Device for Kids and Adults - Your Reliable Choking First Aid Device-Rescue Breather Home Kit

Complaint ID: 16937404351

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

---

Case 3:25-cv-00904-B     Document 1-2     Filed 04/11/25     Page 3 of 15     PageID 24

**Notice: Policy Warning**

Amazon <notice@amazon.com>

收件人： taimeihe16@163.com

时　间： 2025-2-1 16:26:30

附　件：



Hello,

We received a report from a rights owner that claims the items at the end of this email infringe their utility patent rights. We consider allegations of intellectual property infringement a serious matter. We have provided the rights owner's contact information:

NAME OF RIGHTS OWNER: red points
SECONDARY EMAIL ADDRESS OF RIGHTS OWNER:lifevac-bp@redpoints.com
Patent number: D10052115

Your account and listings have not been impacted by this notice, and you are not required to send an appeal at this time. Work directly with the rights owner to resolve this dispute. We encourage you to resolve this dispute promptly. Failure to do so may result in the removal of the items you sell to Amazon, and you may no longer be able to sell to Amazon.

ASIN: B0D3SYFK73
Complaint ID: 17104053891

Amazon.com

Sincerely, Brand Engagement Team Amazon.com https://www.amazon.com

SPC-USAmazon-175923927829315

## Notice: Policy Warning

Amazon <notice-dispute@amazon.com>

收件人： chuangxinlei@163.com

时 间： 2025-2-28 2:52:05

附 件：

---



Hello,

We removed the listings below.

ASIN: B0D4KM1LWN

Infringement type: Patent

IP asserted:     10,052,115

Complaint ID: 17277720681

Rights owner name: LifeVac

Rights owner email: ddegregorio@lifevac.net

Why did this happen?

We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?

To reactivate your listings, please send any of the documents listed below for us to review:

-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.

-- A letter of non-infringement from legal counsel.

-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:

-- Rights owner name:  LifeVac

-- Rights owner email: ddegregorio@lifevac.net

Have your listings been removed in error?

If you believe there has been an error, please submit an explanation. Your explanation should include the following information:

-- How the removed listings have not violated the Amazon Intellectual Property Policy.

-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?

Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?

If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

Case 3:25-cv-00904-B     Document 1-2     Filed 04/11/25     Page 6 of 15     PageID 27

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485

-- Download the Android app: https://play.google.com/store/apps/details?

id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

SPC-USAmazon-985164494483648

Case 3:25-cv-00904-B    Document 1-2    Filed 04/11/25    Page 7 of 15    PageID 28

**Notice: Policy Warning**

Amazon <notice-dispute@amazon.com>

收件人：chuangxinlei@163.com

时　间：2025-2-8 1:03:27

附　件：

---



Hello,

We removed the listings below.

ASIN: B0D4KMP22T

Infringement type: Patent

IP asserted:     10,052,115

Complaint ID: 17152928401

Rights owner name:  LifeVac

Rights owner email: ddegregorio@lifevac.net

Why did this happen?

We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?

To reactivate your listings, please send any of the documents listed below for us to review:

-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.

-- A letter of non-infringement from legal counsel.

-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:

-- Rights owner name:  LifeVac

-- Rights owner email: ddegregorio@lifevac.net

Have your listings been removed in error?

If you believe there has been an error, please submit an explanation. Your explanation should include the following information:

-- How the removed listings have not violated the Amazon Intellectual Property Policy.

-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?

Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?

If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485

-- Download the Android app: https://play.google.com/store/apps/details?

id=com.amazon.sellermobile.android&hl=en_US


Thank you,


Amazon.com

SPC-USAmazon-1970326903960709

**Notice: Policy Warning**

Amazon <notice-dispute@amazon.com>

收件人： chyi05@163.com

时 间： 2025-2-12 0:18:45

附 件：

---



Hello,

We removed the listings below.

ASIN: B0D6XM2P3T

Infringement type: Patent

IP asserted:     10,052,115

Complaint ID: 17174624421

Rights owner name: LifeVac

Rights owner email: ddegregorio@lifevac.net

Why did this happen?

We removed some of your listings because we received a report from a rights owner
alleging they may infringe upon their patent. This is against Amazon policies. Sellers on
Amazon must comply with Amazon listing policies and are not allowed to sell products
violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?

To reactivate your listings, please send any of the documents listed below for us to
review:

-- A court order stating you are allowed to sell the products and hence are not violating
Amazon policy for each of the listings mentioned in the deactivation notification.

-- A letter of non-infringement from legal counsel.

-- Work directly with the rights owner who reported the violation to submit a retraction. We
may only accept retractions that the rights owner submits to us directly. We do not accept
forwarded or attached retractions. These are the rights owner's contact details:

-- Rights owner name: LifeVac

-- Rights owner email: ddegregorio@lifevac.net

Have your listings been removed in error?

If you believe there has been an error, please submit an explanation. Your explanation should include the following information:

-- How the removed listings have not violated the Amazon Intellectual Property Policy.

-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?

Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard? ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?

If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

Case 3:25-cv-00904-B    Document 1-2    Filed 04/11/25    Page 12 of 15    PageID 33

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485

-- Download the Android app: https://play.google.com/store/apps/details?

id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

SPC-USAmazon-263884859537713

Case 3:25-cv-00904-B     Document 1-2     Filed 04/11/25     Page 13 of 15     PageID 34

**Notice: Policy Warning**

Amazon <notice-dispute@amazon.com>

收件人：chyi05@163.com

时 间：2025-2-28 2:49:14

附 件：

---



Hello,

We removed the listings below.

ASIN: B0D6XY9HL9

Infringement type: Patent

IP asserted:     10,052,115

Complaint ID: 17287306391

Rights owner name:  LifeVac

Rights owner email: ddegregorio@lifevac.net

Why did this happen?

We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?

To reactivate your listings, please send any of the documents listed below for us to review:

-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.

-- A letter of non-infringement from legal counsel.

-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:

-- Rights owner name:  LifeVac

-- Rights owner email: ddegregorio@lifevac.net

Have your listings been removed in error?

If you believe there has been an error, please submit an explanation. Your explanation should include the following information:

-- How the removed listings have not violated the Amazon Intellectual Property Policy.

-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?

Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?

If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

Case 3:25-cv-00904-B    Document 1-2    Filed 04/11/25    Page 15 of 15    PageID 36

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485

-- Download the Android app: https://play.google.com/store/apps/details?

id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

SPC-USAmazon-1337008214558047